UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTHONY ESTRADA,   )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>DEPUTY J. DIAZ, et al.,      )<br>                             )<br>          Defendants.        )<br>_____) | No. EDCV 04-401-CJC(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 7, 2008

_____
CORMAC J. CARNEY
United States District Judge